IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2006 MAR 28 A 9: 52

_Kevin Lynn Bryant_ )
Full name and prison number )
of plaintiff(s) _238865_ )
)
)
v. )          CIVIL ACTION NO. _1:06cv277-WKW_
)          (To be supplied by Clerk of
_Sgt Buckman_ )           U.S. District Court)
)
_Officer Fitzgerald_ )
)
_Sgt Hersey_ )
)
_Sgt Benning_ )
_Nurse Spigner_ )
_Officer Fitzerld and Salson party_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _N/A_

            _____

            Defendant(s) _N/A_

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _N/A_

            _____

3.  Docket number _____ _N/a_____

4.  Name of judge to whom case was assigned __N/a___

_____

5.  Disposition (for example:  Was the case dismissed?
    Was it appealed?  Is it still pending?) _____

_____ _N/a_____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT _____

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____

III.  NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.
        **NAME**                          **ADDRESS**

1.  _All sgts and co's (onduty)_____

2.  _Nurse SPeiGNer_____

3.  _____    _901 e. main st_

4.  _____    _Dothan AL_

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _2/13/06_

_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  _I walked into the_____

_Shower and I slipred_____

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

and hurt my Back Sgt Buckmon had sprayed Something in the Shower it was supese to Be Dry But whin i wint in there i feel and hurt my Back

**GROUND TWO:** they did not give me no medical treatment at the time

**SUPPORTING FACTS:** I have wittnesses here to varify it

**GROUND THREE:** _____

**SUPPORTING FACTS:** _____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

*What ever I could get done*

_____

_____

*Shervin Lynn Bryant*
Signature of plaintiff(s)

      I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on  *03/17/06*        .
                      (Date)

*Shervin Lynn Bryant*
Signature of plaintiff(s)

WITNESES

Ryan Farmer #58090
Sam Upshaw iN C.C.O
Johnny Springfield
MATT Aubin # 54614

RECEIVED

2006 MAR 28 A 9: 51