# UNITED STATES DISTRICT COURT

_____ **District of** _____

|   |   |
|---|---|
| Plaintiff<br><br>V.<br><br>Defendant | **APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT**<br><br>CASE NUMBER: 1:06cv277-WKW |

I, _Kevin Lynn Bryant_ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Houston County Jail_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. ~~████████~~

   at Previous time not able to support my family

I declare under penalty of perjury that the above information is true and correct.

03/17/06 _____ Kevin Bryant _____
Date                                    Signature of Applicant

Alice Beverly Reynolds

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

My Commission
Expires 02-02-2010

| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>1:06cv277-wkw |
|---|---|---|

IN THE __Circuit__ RECEIVED   COURT OF __Houston__, ALABAMA
(Circuit, District, or Municipal)              (Name of County or Municipality)

STYLE OF CASE: __Shentos of Alabama__  v.  __Kevin Bryant__
                    Plaintiff(s)                         Defendant(s)

TYPE OF PROCEEDING: _____  CHARGE(s) (if applicable): _____

☐ CIVIL CASE– I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE– (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ CRIMINAL CASE– I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY/NEED OF SUPERVISION– I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1. **IDENTIFICATION**
   Full name __Kevin Bryant__                    Date of birth __09/27/81__
   Spouse's full name (if married) _____
   Complete home address __401 Logue St__
   __Dothan AL 36303__
   Number of people living in household __2__
   Home telephone number __334-792-2057__
   Occupation/Job _____  Length of employment _____
   Driver's license number _____  *Social Security Number __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__
   Employer _____  Employer's telephone number _____
   Employer's address _____

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other __KB__

3. **INCOME/EXPENSE STATEMENT**
   Monthly Gross Income:
      Monthly Gross Income                                                  $ __0__ 
      Spouse's Monthly Gross Income (unless a marital offense)
      Other Earnings: Commissions, Bonuses, Interest Income, etc.
      Contributions from Other People Living in Household
      Unemployment/Workmen's Compensation,
         Social Security, Retirements, etc.
      Other Income (be specific) _____
                    **TOTAL MONTHLY GROSS INCOME**                           $ __0__

Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                                        $ __0__ 
      Total Utilities: Gas, Electricity, Water, etc.
      Food
      Clothing
      Health Care/Medical
      Insurance
      Car Payment(s)/Transportation Expenses
      Loan Payment(s)

__KB__

Monthly Expenses: (cont'd page 1)
- Credit Card Payment(s)
- Educational/Employment Expenses
- Other Expenses (be specific) _____

Sub-Total ................................................. A $ ___

B. Child Support Payment(s)/Alimony ............ $ ___
Sub-Total ................................................. B $ ___

C. Exceptional Expenses .......... KB $ ___

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) $ ___

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME** .......................... $ ___

4. LIQUID ASSETS:
- Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) ....... $ ___
- Equity in Real Estate (value of property less what you owe)
- Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)
- Other (be specific)
- Do you own anything else of value? ☐ Yes ☐ No (land, house, boat, TV, stereo, jewelry)
- If so, describe _____

TOTAL LIQUID ASSETS ............ KB .......... $ 0

5. Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

21 day of March, 2006

_Alice Beverly Reynolds_
Judge/Clerk/Notary

_Kevin Bryant_
Affiant's Signature

_Kevin Bryant_
Print or Type Name

My Commission Expires 02-02-2010

**ORDER OF COURT**

**SECTION II.**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ___.

_____
Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAR 28 A 9:52

Irvin Bryant _____ )
_____ )
_____ )
_____ )
         Plaintiff(s)        )
                             )      1:06cv277-WKW
        v.                   )
                             )
Sgt Backman _____ )
Sgt Kirsey _____ )
Nurse Speight _____ )
And Coscn cnty _____ )
         Defendant(s)        )

### MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Irvin Bryant_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Irvin Lynn Bryant_____
Plaintiff(s) signature