**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Knutta O_   ☐ Agent  ☑ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Knutta Ovens   2/7/06

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1:06CV277-WKW
po + cmp

1. Article Addressed to:

Sgt. Kersey
Houston Co. Jail
901 East M Street
Dothan AL 36301

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 2984

102595-02-M-1540

PS Form 3811, February 2004    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Sgt Bannine
Houston Co. Jail
901 East Main St.
Dothan AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rosetta_                    ☑ Agent
                               ☐ Addressee

B. Received by (Printed Name)       C. Date of Delivery
Rosetta Owens                       1/16/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1:06 cv 277 WW
For Emp

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7005 1820 0002 3461 2977

102595-02-M-1540

PS Form 3811, February 2004       Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rosetta O_   ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Rosetta Owens   4/6/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1:06CV273-WKW

1. Article Addressed to:

Officer Fitzgerald
Houston Co. Jail
901 East Main
Dothan, AL 363

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1820 0002 3461 2991

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Buchnan
Houston Co. Jail
901 E. Main St,
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Rosetta_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Rosetta Owen     4/6/06

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

1:06cv277-
Proc order temp (WKW)

3. Service Type
  ☐ Certified Mail   ☐ Express Mail
  ☐ Registered       ☒ Return Receipt for Merchandise
  ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 3004

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Nurse Speigner*
*Houston Co. Jail*
*901 East M. St.*
*Dothan, AL 36301*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  *Rosetta*     ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*Rosetta Owens*                   *4/6/06*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

   7005 1820 0002 3461 3011

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540