IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN LYNN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-cv-277-WKW |
| | ) |
| SGT. BUCKMAN, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby

gives notice of his entry of appearance as counsel for Defendants Sergeant Buchmann, Officer

Fitzgerald,, Sergeant Bonin, Nurse Practitioner Darla Speigner.  Notice is hereby given to the

plaintiff and the Court that there is not a Sergeant Kersey employed at the Houston County Jail. As

a result, no entry of appearance is made with regard to an alleged Sergeant Kersey.

Dated this 18th day of April, 2006.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone:  (334) 678-0100
Fax:  (334) 678-0900
E-mail:  gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Kevin Lynn Bryant, #238865, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 18th day of April, 2006.

s/Gary C. Sherrer
OF COUNSEL