IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KEVIN LYNN BRYANT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:06-cv-277-WKW |
| | ) |
| **SGT. BUCKMAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION FOR EXTENSION OF TIME

COMES NOW, Defendants in the above-styled cause, and respectfully request a thirty (30) day extension through and until June 12, 2006, in which to file their Special Report and Answer filed with this court, and as grounds therefore state as follows:

1. That Defendants Special Report and Answer is currently due in this case on May 13, 2006.

2. That the undersigned will appear before the United States Court of Appeals for the Eleventh Circuit in Montgomery, Alabama for oral argument in the case of LeAnn Horne v. Tillman Pugh (Appeal Number 05-14573) on Tuesday, May 16, 2006 and will be out of the office on Monday, May 15, 2006 in aggressive preparation of same.

WHEREFORE, Defendants respectfully request a thirty (30) day extension through and until June 12, 2006, in which to file their Special Report and Answer in this case.

Dated this 12th day of May, 2006.

Respectfully submitted,

**s/Gary C. Sherrer**
GARY C. SHERRER (SHE016)
Attorney for Above-Referenced Defendants

OF COUNSEL

SHERRER, JONES & TERRY, P.C.
335 West Main Street
Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon, Kevin Lynn Bryant, AIS #238865, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 12th day of May, 2006.

**s/Gary C. Sherrer**
OF COUNSEL