IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

KEVIN LYNN BRYANT                    *

    Plaintiff,                           *

        v.                               *          1:06-CV-277-WKW

SGT. BUCKMAN, *et al.*,                 *

    Defendants.                          *

_____

**ORDER ON MOTION**

    Upon consideration of Defendants' Motion for Extension of Time, and for good cause,

it is ORDERED that:

    1.  Defendants' Motion for Extension of Time (Doc. No. 7), is GRANTED; and

    2.  Defendants are GRANTED an extension from May 12, 2006 to June 12, 2006 to

file their answer ans special report.

    Done this 15th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED  STATES  MAGISTRATE  JUDGE