IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| KEVIN LYNN BRYANT | * | |
| Plaintiff, | * | |
| v. | * | 1:06-CV-277-WKW |
| SGT. BUCKMAN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

It appears that service has not been perfected on Defendant Kersey. (*See* Doc. No. 6.) If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Kersey Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before May 26, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant Kersey. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Kersey will not be served, he will not be a party to this cause of action, and this case will proceed

only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 15th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED  STATES  MAGISTRATE  JUDGE