IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| KEVIN LYNN BRYANT | * | |
| Plaintiff, | * | |
| v. | * | 1:06-CV-277-WKW |
| SGT. BUCKMAN, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on March 28, 2006. At the time he filed this complaint, Plaintiff was incarcerated at the Houston County Jail located in Dothan, Alabama. On May 23, 2006 the envelope containing Plaintiff's copies of orders filed May 15, 2006 were returned to the court marked as undeliverable because Plaintiff was no longer at the address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's April 3, 2006 order of procedure. (Doc. No. 4.) Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to

keep the court informed of his current address.

Accordingly, it is ORDERED that:

1.     On or before **June 1, 2006** Plaintiff SHOW CAUSE why his complaint should not be dismissed for his failure to provide the court with his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice;

2.     The directive that Defendants file an answer and written report to Plaintiff's complaint be held in ABEYANCE pending Plaintiff's response to the instant order; and

3.     The Clerk of Court SEND copy of this order to Defendants and to Plaintiff at his last known address.

Done this 24th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED  STATES  MAGISTRATE  JUDGE