IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

KEVIN LYNN BRYANT                    *

    Plaintiff,                              *

    v.                                           *       1:06-CV-277-WKW
                                                            (WO)
SGT. BUCKMAN, *et al.*,                *

    Defendants.                          *

_____

### RECOMMENDATION OF THE MAGISTRATE JUDGE

This 42 U.S.C. § 1983 action was filed by the plaintiff on March 28, 2006. When he filed this complaint, the plaintiff, KEVIN LYNN BRYANT ["Bryant"], was an inmate incarcerated at the Houston County Jail located in Dothan, Alabama.

On April 3, 2006 the court entered an order or procedure which instructed Bryant, among other things, to inform the court of any change in his address. (Doc. No. 4.) On May 23, 2006 the envelope containing Bryant's copy of an order filed May 15, 2006 was returned to the court marked as undeliverable because Bryant was no longer at the address he had provided to the court. Consequently, an order was entered on May 24, 2006 directing Bryant to provide the court with his present address on or before June 1, 2006. ( Doc. No. 10.) Bryant was cautioned that his failure to comply with the court's May 24 order would result in a recommendation that this case be dismissed. (*Id.*) The envelope containing

Bryant's copy of this order was returned to the court on June 2, 2006 marked as undeliverable.

It is clear that Bryant is no longer incarcerated at the Houston County Jail and that he has not provided this court with his current address. The undersigned concludes, therefore, that this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Bryant's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **June 27, 2006.** Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of*

*Prichard*, 661 F.2d 1206 (11th Cir. 1981)(*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

    Done this 13th day of June 2006.

                                              /s/ Vanzetta Penn McPherson
                                              VANZETTA PENN MCPHERSON
                                              UNITED STATES MAGISTRATE JUDGE