IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN LYNN BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-277-WKW |
| | )           (WO) |
| SGT. BUCKMAN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge filed a Recommendation in this case (Doc. # 11) on June 13, 2006, finding that this case is due to be dismissed for failure to comply with orders of the Court. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 3rd day of August, 2006.

                               /s/ W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE